**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 101 EAL 2024

       Respondent      :

                       :   Petition for Allowance of Appeal

         v.             :   from the Order of the Superior Court

ERIC PATTERSON,          :

       Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2024, the Petition for Allowance of Appeal is **DENIED**.